# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 22-3118 (CKK) |

**ORDER**
(July 6, 2023)

　　For the reasons stated in the accompanying memorandum opinion, it is hereby

　　**ORDERED**, that Defendants' [93] Motion to Sever and Transfer Venue is **GRANTED IN PART AND DENIED IN PART**. It is further

　　**ORDERED**, that this matter is **SEVERED** into four separate actions: (1) *Americans for Immigrant Justice v. U.S. Department of Homeland Security, et al.*; (2) *Florence Immigrant and Refugee Rights Project v. U.S. Department of Homeland Security, et al.*; (3) *Immigration Services and Legal Advocacy v. U.S. Department of Homeland Security, et al.*; and (4) *Refugee and Immigrant Center for Education and Legal Services v. U.S. Department of Homeland Security, et al.* It is further

　　**ORDERED**, that *Americans for Immigrant Justice v. U.S. Department of Homeland Security, et al.* is **TRANSFERRED** to the Southern District of Florida. It is further

　　**ORDERED**, that *Immigration Services and Legal Advocacy v. U.S. Department of Homeland Security, et al.* is **TRANSFERRED** to the Western District of Louisiana. It is further

　　**ORDERED**, that *Refugee and Immigrant Center for Education and Legal Services v. U.S. Department of Homeland Security* is **TRANSFERRED** to the Southern District of Texas. It is further

　　**ORDERED**, that each transfer shall be inclusive of the [81] Motion to Dismiss Plaintiffs' First Amended Complaint and associated documents and the [92] Motion for Leave to File a Second Amended Complaint and associated documents, to be addressed by the transferee districts, respectively. It is further

**ORDERED**, that the parties in *Florence Immigrant and Refugee Rights Project v. U.S. Department of Homeland Security, et al.*, which the Court retains, shall file a joint status report on or before **July 14, 2023** indicating whether they intend the Court to deny without prejudice the pending motions and afford the parties an opportunity to file renewed motions that address Plaintiff Florence Immigrant and Refugee Rights Project exclusively.

**SO ORDERED**.

Dated: July 6, 2023

                                                                         /s/
                                              COLLEEN KOLLAR-KOTELLY
                                              United States District Judge