IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-03118 (CKK) |

## JOINT STATUS REPORT

Plaintiff, Florence Immigrant and Refugee Rights Project, and Defendants, the United States Department of Homeland Security, Alejandro N. Mayorkas, in his official capacity as the Secretary of the Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), and Tae D. Johnson, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement, (collectively "the Parties), by and through undersigned counsel, hereby provide this joint status report pursuant to the Court's July 6, 2023 Order (ECF No. 102).

The Parties agree with the Court's suggestion to deny the pending motions without prejudice. Plaintiff anticipates filing a renewed motion for leave to file a second amended complaint on September 18, 2023. Defendants will file an answer or otherwise responds as appropriate 30 days after the Court decides Plaintiff's renewed motion seeking leave to file a second amended complaint.

1

Dated: July 14, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

 s/ *Lauren E. Fascett*
LAUREN E. FASCETT
Senior Litigation Counsel
Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3466
Email: lauren.fascett@usdoj.gov

*Counsel for Defendants*

/s/ Eunice H. Cho
Eunice H. Cho (DC Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6616
echo@aclu.org

Kyle Virgien (CA Bar No. 278747)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
(202) 393-4930
kvirgien@aclu.org
 Jared G. Keenan (AZ Bar No. 027068)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
P.O. Box 17148

Katherine Melloy Goettel (IA Bar No. 23821)*
Emma Winger (DC Bar No. 90010721)*
Suchita Mathur (NY Bar No. 5373162)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org
smathur@immcouncil.org

 /s/ Linda Dakin-Grimm
Linda Dakin-Grimm (DC Bar No. 501954; DDC Bar No. CA00176)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
(424) 386-4404
ldakin-grimm@milbank.com
Stacey J. Rappaport (NY Bar No. 2820520)*
Andrew Lichtenberg (NY Bar No. 4881090)*

2

Phoenix, AZ 85011
(602) 650-1854
jkeenan@acluaz.org
vpineda@acluaz.org

Arthur B. Spitzer (DC Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
915 Fifteenth St. NW, 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

Katherine H. Blankenship (FL Bar No. 1031234)*
Daniel B. Tilley (FL Bar No. 102882)*
Janine M. Lopez (DC Bar No. 1685754)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4343 W. Flagler St. Suite 400
Miami, FL 33134
(786) 363-2700
kblankenship@aclufl.org
dtilley@aclufl.org
jlopez@aclufl.org

Amien Kacou (FL Bar No. 44302)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF FLORIDA
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
(813) 288-8390
akacou@aclufl.org

Joseph Kammerman (NY Bar No. 5516711)*
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5347
srappaport@milbank.com
alichtenberg@milbank.com
jkammerman@milbank.com

Danielle S. Lee (DC Bar No. 1659736)
MILBANK LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
(202) 835-7532
dlee@milbank.com

Adriana Piñon (TX Bar No. 24089768)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org
brcruz@aclutx.org
*Counsel for Plaintiffs*
*Admitted *pro hac vice*


*Counsel for Plaintiff*