IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-03118-CKK |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Katherine H. Blankenship withdraws her appearance as counsel for Plaintiff. Counsel from Milbank LLP, the American Civil Liberties Union of the District of Columbia, the American Immigration Council, and the American Civil Liberties Union Foundation continue to represent Plaintiff in this matter. Plaintiff consents to this withdrawal.

Dated:  August 10, 2023　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Katherine H. Blankenship*
　　　　　　　　　　　　　　　　　Katherine H. Blankenship* (Fla. Bar No. 1031234)
　　　　　　　　　　　　　　　　　**ACLU Foundation of Florida, Inc.**
　　　　　　　　　　　　　　　　　4343 W. Flagler Street, Suite 400
　　　　　　　　　　　　　　　　　Miami, FL 33134
　　　　　　　　　　　　　　　　　Tel: (786) 363-2700
　　　　　　　　　　　　　　　　　kblankenship@aclufl.org

　　　　　　　　　　　　　　　　　 *Admitted *pro hac vice*


　　　　　　　　　　　　　　　　　*/s/ Laura St. John*
　　　　　　　　　　　　　　　　　Laura St. John
　　　　　　　　　　　　　　　　　Legal Director, Florence Immigrant and Refugee
　　　　　　　　　　　　　　　　　　Rights Project