IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>              Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>              Defendants. | Case No.:  1:22-cv-03118-CKK |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Amien Kacou withdraws his appearance as counsel for Plaintiff. Counsel from Milbank LLP, the American Civil Liberties Union of the District of Columbia, the American Immigration Council, and the American Civil Liberties Union Foundation continue to represent Plaintiff in this matter.

Plaintiff consents to this withdrawal.

Dated:  August 10, 2023

Respectfully submitted,

*/s/ Amien Kacou*
Amien Kacou*
(Fla. Bar No. 44302)
**ACLU Foundation of Florida, Inc.**
4023 N. Armenia Avenue, Suite 450
Tampa, FL 33607
Tel: (813) 288-8390
akacou@aclufl.org

*Admitted *pro hac vice*

*/s/ Laura St. John*
Laura St. John
Legal Director, Florence Immigrant and Refugee
  Rights Project