IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. Department of Homeland Security, *et al.*,<br><br>    Defendants. | No. 1:22-cv-3118-CKK |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Adriana Piñon of the American Civil Liberties Union Foundation of Texas respectfully withdraws her appearance as counsel for Plaintiff in this matter. Plaintiff consents to this withdrawal.

Counsel from the American Civil Liberties Union Foundation National Prison Project and the American Immigration Council continue to represent Plaintiff in this matter, as well as counsel from the American Civil Liberties Union of the District of Columbia and Milbank LLP.

|  |  |
|---|---|
| August 10, 2023 | Respectfully submitted,<br><br>/s/ *Adriana Pinon*<br>Adriana Piñon (TX Bar No. 24089768)*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF TEXAS<br>P.O. Box 8306<br>Houston, TX 77288<br>(713) 942-8146<br>apinon@aclutx.org<br>*Admitted *pro hac vice* in District of Columbia District Court<br><br>/s/ *Laura St. John*<br>Laura St. John<br>Executive Director, Florence Immigrant and Refugee Rights Project |

## CERTIFICATE OF SERVICE

On August 10, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ ECF users and will be served by the CM/ECF system.

*/s/ Adriana Pinon*
Adriana Piñon (TX Bar No. 24089768)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
apinon@aclutx.org

*Admitted *pro hac vice* in District of Columbia District Court
