IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of Homeland Security, *et al.*, <br><br> Defendants. | No. 1:22-cv-3118-CKK |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Bernardo Rafael Cruz of the American Civil Liberties Union Foundation of Texas respectfully withdraws his appearance as counsel for Plaintiff in this matter. Plaintiff consents to this withdrawal.

Counsel from the American Civil Liberties Union Foundation National Prison Project and the American Immigration Council continue to represent Plaintiff in this matter, as well as counsel from the American Civil Liberties Union of the District of Columbia and Milbank LLP.

August 10, 2023

Respectfully submitted,

/s/ *Bernardo Rafael Cruz*
Bernardo Rafael Cruz (TX Bar No. 4109774)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
brcruz@aclutx.org

*Admitted *pro hac vice* in District of Columbia District Court

/s/ *Laura St. John*
Laura St. John
Executive Director, Florence Immigrant and Refugee Rights Project

## CERTIFICATE OF SERVICE

On August 10, 2023, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the District of Columbia using the CM/ECF system. Counsel for all parties to the case are registered CM/ ECF users and will be served by the CM/ECF system.

    */s/ Bernardo Rafael Cruz*
Bernardo Rafael Cruz (TX Bar No. 4109774)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF TEXAS
P.O. Box 8306
Houston, TX 77288
(713) 942-8146
brcruz@aclutx.org

*Admitted *pro hac vice* in District of Columbia District Court