IN THE UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.:  1:22-cv-03118-CKK |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Janine M. Lopez withdraws her appearance as counsel for Plaintiff. Counsel from Milbank LLP, the American Civil Liberties Union of the District of Columbia, the American Immigration Council, and the American Civil Liberties Union Foundation continue to represent Plaintiff in this matter.

Plaintiff consents to this withdrawal.

Dated:  August 11, 2023

Respectfully submitted,

*/s/ Janine M. Lopez*
Janine M. Lopez
(DC Bar No. 1685754)
**ACLU Foundation of Florida, Inc.**
4343 W. Flagler Street, Suite 400
Miami, FL 33134
Tel: (786) 363-2700
jlopez@aclufl.org

*/s/ Laura St. John*
Laura St. John
Legal Director, Florence Immigrant and Refugee
  Rights Project