## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> *Defendants*. | No. 1:22-cv-03118 (CKK) |

### NOTICE OF CONSENT TO FILING OF SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Florence Immigrant and Refugee Rights Project ("FIRRP") hereby gives notice of Defendants' consent to the filing of Plaintiff's Second Amended Complaint in this action.

On July 6, 2023, the Court granted in part and denied in part Defendants' motion to sever and transfer venue (ECF No. 102, the "Severance Order"). On July 17, 2023, the Court further issued a minute order denying FIRRP's pending motion to amend the complaint and Defendants' motion to dismiss without prejudice, and set an August 11, 2023 deadline to file renewed motions. Plaintiff's counsel conferred with Defendants' counsel by email on August 9, 2023, to determine whether Defendants consented to Plaintiff's amendment. On the same day, Plaintiff's counsel provided Defendants' counsel a near-final version of the proposed Second Amended Complaint.

On August 10, 2023, Defendants provided written consent, via email, to Plaintiff's filing of the Second Amended Complaint.[1]

For the Court's reference, Plaintiff's Second Amended Complaint contains no new legal theories or unrelated claims. Instead, the amendment removes factual allegations, claims, and parties that are no longer relevant following the Severance Order, and adds factual allegations that are substantially similar to those raised in the First Amended Complaint and are related to Defendants' unlawful conduct already at issue in this litigation.[2]

---

[1] To the extent that the Court concludes that this filing constitutes a supplemental complaint for which leave of the Court is required under Rule 15(d), Plaintiff respectfully requests that the Court permit Plaintiff to file a motion for leave to file a supplemental complaint.

[2] Under Federal Rule of Civil Procedure 25(d), Plaintiff's Second Amended Complaint substitutes Patrick Lechleitner for Tae Johnson, the former Acting Director of ICE, as a defendant because Mr. Lechleitner is now Acting Director of ICE.

Respectfully submitted this 11th day of August, 2023.

 /s/ Eunice H. Cho
Eunice H. Cho (DC Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6616
echo@aclu.org

Kyle Virgien (CA Bar No. 278747)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
(202) 393-4930
kvirgien@aclu.org

Jared G. Keenan (AZ Bar No. 027068)
Vanessa Pineda (AZ Bar No. 030996)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA
P.O. Box 17148
Phoenix, AZ 85011
(602) 650-1854
jkeenan@acluaz.org
vpineda@acluaz.org

Arthur B. Spitzer (DC Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF
COLUMBIA
915 Fifteenth St. NW, 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

Katherine Melloy Goettel (IA Bar No. 23821)*
Emma Winger (DC Bar No. 90010721)
Suchita Mathur (NY Bar No. 5373162)*
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
kgoettel@immcouncil.org
ewinger@immcouncil.org
smathur@immcouncil.org

 /s/ Linda Dakin-Grimm
Linda Dakin-Grimm (DC Bar No. 501954;
DDC Bar No. CA00176)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
(424) 386-4404
ldakin-grimm@milbank.com

Stacey J. Rappaport (NY Bar No. 2820520)*
Andrew Lichtenberg (NY Bar No. 4881090)*
Joseph Kammerman (NY Bar No. 5516711)*
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5347
srappaport@milbank.com
alichtenberg@milbank.com
jkammerman@milbank.com

Danielle Lee Sauer (DC Bar No. 1659736)
MILBANK LLP
1850 K Street, NW, Suite 1100
Washington, DC 20006
(202) 835-7532
dlee@milbank.com

*Counsel for Plaintiff*
*Admitted *pro hac vice*