UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civ. A. No. 1:22-cv-03118 (CKK) |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, the United States Department of Homeland Security, Alejandro N. Mayorkas, in his official capacity as the Secretary of the Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), and Patrick Lechleitner, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of time of 30 days from when the second amended complaint was accepted, up to and including September 13, 2023, to file their answer or otherwise respond to Plaintiff's second amended complaint.

This is Defendants' first request for an extension of this deadline. As described in more detail below, there is good cause for this request. In support of this motion, Defendants state as follows:

1. On August 11, 2023, Plaintiff's filed their second amended complaint. ECF No. 118.

2. On August 14, 2023, the Court ordered Defendants to file their answer or otherwise respond on or before August 28, 2023. Minute Order Dated August, 14, 2023.

3.      This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. Defendants continue to work diligently with ICE towards compliance with the Court's Preliminary Injunction Order ("PI Order") to "install[] or transfigure[] a ratio of 25 detainees to one telephone that block all others from listening to legal calls while in progress." ECF No. 78. Compliance with the PI Order is required on or before August 23, 2023, and Defendants must file a certificate of compliance on or before August 30, 2023. Minute Order dated May 17, 2023. Given the time and resources that must be devoted to compliance with the PI Order, Defendants will need additional time to prepare a response to Plaintiff's second amended complaint.

4.      In accordance with Local Civil Rule 7(m), on August 10, 2023, the undersigned counsel conferred with Plaintiff's counsel via electronic mail about the requested extension and Plaintiff does not oppose the relief sought in this motion.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their answer or otherwise respond to Plaintiff's second amended complaint by 30 days from when the second amended complaint was accepted, up to and including September 13, 2023.

A proposed order is attached.

Dated: August 18, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

LAUREN E. FASCETT
Senior Litigation Counsel

Respectfully Submitted,

*/s/ Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8175
Email: jordan.hummel@usdoj.gov

*Counsel for Defendants*