UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civ. A. No. 1:22-cv-03118 (CKK) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. It is further **ORDERED** that Defendants shall file their answer or otherwise respond to Plaintiff's second amended complaint on or before September 13, 2023.

SO ORDERED.

_____
United States District Judge
Hon. Colleen Kollar-Kotelly