# Exhibit A – Declaration of Jason Ciliberti

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civil Action No. 1:22-cv-03118(CKK) |

**DECLARATION OF JASON CILIBERTI, DEPUTY FIELD OFFICE DIRECTOR, PHOENIX FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, JASON CILIBERTI, make the following statements under oath and subject to the penalty of perjury:

1. I am providing this declaration in support of Defendants' response to the Court's February 1, 2023 Order, ECF No. 78.

2. The Order required that Defendants ensure that the Central Arizona Florence Correctional Complex in Florence, Arizona ("Florence" or "CAFFC"): "(1) installs six private, confidential attorney-client visitation rooms in which counsel may utilize translation services and physically pass documents to and from their detainee client or (2) installs or transfigures a ratio of 25 detainees to one telephone that block all others from listening to legal calls while in progress. Whichever course Defendants choose, it shall otherwise comply with every provision of the 2019 National Detention Standards for Non-Dedicated Facilities, as published at https://www.ice.gov/detain/detention-management/2019 as of the date of this Order." *Id.*

3.      As stated in my previous declaration, Ciliberti Declarations at ECF Nos. 66-1 at ¶¶ 9-11 and 71-1 at ¶¶ 1, 3, CAFCC provides a total of 514 detainee telephones, 42 of which are available to ICE detained noncitizens in the day rooms from approximately 5:30 AM to 11:00 PM, on a first-come, first-served basis. The 42 telephones available to ICE noncitizens are separated by partitions. These telephones allow ICE noncitizens to call legal organizations on the pro bono access line at no cost. *See* ECF No. 66-1, ¶¶ 12, 14. These telephones also allow ICE noncitizens to call anyone, such as friends, families, or attorneys, at no cost for up to 30 minutes per week.

4.      Attorneys or legal representatives of ICE noncitizens may also schedule legal-related calls in advance by using the call-back system. The call-back system allows an attorney or legal representative to call CAFCC between the hours of 8:00 AM and 4:00 PM, and they may leave a message for the detainee to return the attorney's or legal representative's call. *Id*. at ¶ 14 ("ICE detainee telephone calls related to legal representation are not subject to monitoring or recording.")

5.      As further stated in my previous declaration, ECF Nos. 66-1 at ¶ 22, there are two private visitation rooms for in-person visitation available for the ICE population to meet with legal representation and exchange documents. The private visitation rooms have a glass door to allow for visual observation, one table, and two chairs. Additional furniture or equipment is available upon a request to CoreCivic staff or ICE. CoreCivic security staff must always be present outside the private visitation room door to conduct periodic visual security checks. All other in-person visitation occurs in a public, open room setting.

6.      ICE houses no more than 400 noncitizens at CAFCC at any given time.

7. Following the Court's February 1, 2023 Order, ECF No. 78, ICE acquired a total of 24 private, virtual visitation booths that are available exclusively, upon request, to noncitizens detained by ICE at CAFCC for the purposes of confidential attorney-client communications. These 24 booths reflect a ratio of 1 booth for every 16 detainees when CAFCC houses its maximum population of 400 detainees.

8. The booths became operational and available for use for virtual attorney visitation and confidential legal calls via Zoom on August 23, 2023.

9. The booths are located in detainee dayrooms within each of the two units that exclusively house noncitizens detained at CAFCC, where telephones are currently located. One unit has 16 booths (8 regular and 8 ADA compliant); the other unit has 8 booths (6 regular and 2 ADA compliant). Instructions for use of the private booths are posted in each unit in English and Spanish, as well as ten (10) other languages. Exhibit 1. The booths may only be used by noncitizen detainees. All noncitizen detainees may access the booths unless they are currently in medical observation or restriction.

10. The booths are available, by appointment, in one-hour increments from 8:00 AM to 4:30 PM, seven (7) days a week, for the purpose of virtual attorney visitation or legal phone calls via Zoom. As with in-person legal visitation, legal representatives may request video teleconference meetings or confidential legal phone calls via Zoom with their clients or prospective clients by emailing or calling CAFCC 48 hours before their desired appointment time. CAFCC staff will respond with a confirmed date and time. The instructions for scheduling virtual attorney visits are available online at: https://www.ice.gov/detain/detention-facilities/florence-correctional-center. Exhibit 2.

11. Each booth is equipped with a computer that permits virtual attorney visits and legal phone calls via Zoom. Only legal representatives, legal assistants, and interpreters will be allowed to participate in the virtual attorney visits or legal phone calls via Zoom; no family or friends of the clients are permitted.

12. The legal representative may contact outside interpretation services during the virtual attorney visit or legal phone call via Zoom.

13. At the beginning of a virtual attorney visit or legal phone call via Zoom, a CAFCC officer will connect to the Zoom meeting using information provided by the noncitizen's legal representative or prospective legal representative. The officer will then be stationed outside of the virtual visitation booth to ensure security for the duration of the teleconference. The officer will knock on the booth five minutes before the scheduled end of the meeting.

14. The booths are sound-proofed and block all others from listening to legal communication while in progress. Attorney-client communication through these booths are not monitored or recorded, and they may be made without being overheard by other officers, staff, or detainees.

15. Noncitizens detained by ICE at CAFCC will not be charged for virtual attorney visits or legal phone calls via Zoom made with a legal representative through these booths.

16. I have attached pictures of the booths, which my staff took at my request on August 25, 2023. Exhibits 3-4.

17. As reported in my previous declarations (ECF Nos. 66-1, ¶ 20; 93-2, ¶¶ 16-17), CAFCC abides by the 2008 PBNDS.

DATED: August 30, 2023

JASON A CILIBERTI
Digitally signed by JASON A CILIBERTI
Date: 2023.08.30 16:24:56 -07'00'

Jason A. Ciliberti, Deputy Field Office Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

# Exhibit 1

**U.S. Immigration and Customs Enforcement**

2022

ERO | CPD

# Virtual Attorney Visitation VAV



This facility can arrange free and confidential video visits with your legal representative, so that you can see and hear them. Requests for these visits can only be made by your legal representative by following instructions on the facility webpage. Only visits with your legal representative will be allowed on the video call, not visits from friends or family. No video or audio recordings may be made of, or during the call. Violating these rules may result in cancellation of your ability to have future video visits.

### Spanish
Este centro puede organizar visitas de vídeo gratuitas y confidenciales con su representante legal, para que pueda verlas y escucharlas. La solicitud de estas visitas sólo puede hacerla su representante legal siguiendo las instrucciones de la página web del centro. En la videollamada sólo se permitirán las visitas con su representante legal, no las visitas de amigos o familiares. No se podrán realizar grabaciones de vídeo o audio de la llamada o durante la misma. El incumplimiento de estas normas puede dar lugar a la cancelación de poder realizar futuras visitas por vídeo.

### Haitian Creole
Establisman sa a ka òganize vizit pa videyo ki gratis epi ki konfidansyèl avèk reprezantan jiridik ou a, yon fason pou ou ka wè yo epi tande yo.  Sèl reprezantan jiridik ou a ka fè demann pou vizit sa yo, lè li swiv entriksyon ki sou paj entènèt etablisman an.  Yo pral pèmèt vizit avèk reprezantan jiridik ou a sèlman, nan apèl videyo a, men pa vizit zanmi ak fanmi w yo.  Yo pa ka fè okenn anrejistreman videyo oswa odyo sou sa, oswa pandan apèl la.  Vyole règleman sa yo ka abouti ak eliminasyon abilite w pou w ta gen vizit pa videyo alavni.

### Portuguese
Esta instalação pode organizar visitas de vídeo gratuitas e confidenciais com seu representante legal, para que você possa vê-los e ouvi-los. As solicitações para essas visitas só podem ser feitas pelo seu representante legal seguindo as instruções na página da instalação. Somente visitas com seu representante legal serão permitidas na vídeo-chamada, e não visitas de amigos ou familiares. Nenhuma gravação de vídeo ou áudio pode ser feita durante a chamada. A violação dessas regras pode resultar no cancelamento de sua oportunidade de receber visitas de vídeo futuras.

### Punjabi
ਇਹ ਸਥਾਨ ਤੁਹਾਡੇ ਕਾਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਨਾਲ ਮੁਫਤ ਅਤੇ ਗੁਪਤ ਵੀਡੀਓ ਮੁਲਾਕਾਤਾਂ ਦਾ ਪ੍ਰਬੰਧ ਕਰ ਸਕਦੀ ਹੈ, ਤਾਂ ਜੋ ਤੁਸੀਂ ਉਹਨਾਂ ਨੂੰ ਦੇਖ ਅਤੇ ਸੁਣ ਸਕੋ। ਇਹਨਾਂ ਮੁਲਾਕਾਤਾਂ ਲਈ ਬੇਨਤੀਆਂ ਸਿਰਫ ਤੁਹਾਡੇ ਕਾਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਦੁਆਰਾ ਸਥਾਨ ਦੇ ਵੈਬਪੇਜ 'ਤੇ ਦਿੱਤੀਆਂ ਹਿਦਾਇਤਾਂ ਦੀ ਪਾਲਣਾ ਕਰਕੇ ਕੀਤੀਆਂ ਜਾ ਸਕਦੀਆਂ ਹਨ। ਵੀਡੀਓ ਕਾਲ 'ਤੇ ਸਿਰਫ ਤੁਹਾਡੇ ਕਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਨਾਲ ਮੁਲਾਕਾਤਾਂ ਦੀ ਇਜਾਜ਼ਤ ਹੋਵੇਗੀ, ਦੋਸਤਾਂ ਜਾਂ ਪਰਿਵਾਰ ਤੋਂ ਮੁਲਾਕਾਤਾਂ ਦੀ ਨਹੀਂ। ਕਾਲ ਦੇ ਦੌਰਾਨ ਜਾਂ ਕੋਈ ਵੀਡਿਓ ਜਾਂ ਆਡੀਓ ਰਿਕਾਰਡਿੰਗ ਨਹੀਂ ਕੀਤੀ ਜਾ ਸਕਦੀ ਹੈ। ਇਹਨਾਂ ਨਿਯਮਾਂ ਦੀ ਉਲੰਘਣਾ ਕਰਨ ਦੇ ਨਤੀਜੇ ਵਜੋਂ ਭਵਿੱਖ ਵਿੱਚ ਵੀਡੀਓ ਮੁਲਾਕਾਤਾਂ ਕਰਨ ਦੀ ਤੁਹਾਡੀ ਯੋਗਤਾ ਨੂੰ ਰੱਦ ਕੀਤਾ ਜਾ ਸਕਦਾ ਹੈ।

### French
Dans cet établissement, on pourra arranger des visites vidéo gratuites et confidentielles avec vos représentants juridiques. Comme ça, vous pourrez les voir et les entendre. Seulement votre représentant juridique pourra faire la demande pour une telle visite en suivant les instructions suivantes sur le site web de l'établissement. On ne permettra que des visites avec votre représentant juridique, pas avec les amis ou la famille. Pendant l'appel, on ne permet ni des enrégistrements vidéo ni des enrégistrements audio. Le non- respect de ces règles pourra entrainer l'annulation des visites dans l'avenir.

### Arabic
يمكن لهذا المرفق ترتيب زيارات فيديو مجانية وسرية مع ممثلك القانوني ، حتى تتمكن من رؤيته والاستماع إليه. لا يمكن تقديم طلبات هذه الزيارات إلا عن طريق ممثلك القانوني باتباع الإرشادات الموجودة على صفحة الموقع الالكتروني الخاص بالمنشأة. لن يُسمح إلا بالزيارات مع ممثلك القانوني في مكالمة الفيديو ، وليس بزيارات الأصدقاء أو العائلة. لا يجوز إجراء أي تسجيلات فيديو أو صوتية للمكالمة أو أثناءها. قد يؤدي انتهاك هذه القواعد إلى إلغاء قدرتك على إجراء زيارات فيديو في المستقبل.

 520-868-9095

 cafccvisitation@corecivic.com

**U.S. Immigration and Customs Enforcement**

2022

ERO | CPD

# Virtual Attorney Visitation VAV



This facility can arrange free and confidential video visits with your legal representative, so that you can see and hear them. Requests for these visits can only be made by your legal representative by following instructions on the facility webpage. Only visits with your legal representative will be allowed on the video call, not visits from friends or family. No video or audio recordings may be made of, or during the call. Violating these rules may result in cancellation of your ability to have future video visits.

### Spanish
Este centro puede organizar visitas de vídeo gratuitas y confidenciales con su representante legal, para que pueda verlas y escucharlas. La solicitud de estas visitas sólo puede hacerla su representante legal siguiendo las instrucciones de la página web del centro. En la videollamada sólo se permitirán las visitas con su representante legal, no las visitas de amigos o familiares. No se podrán realizar grabaciones de vídeo o audio de la llamada o durante la misma. El incumplimiento de estas normas puede dar lugar a la cancelación de poder realizar futuras visitas por vídeo.

### Haitian Creole
Establisman sa a ka òganize vizit pa videyo ki gratis epi ki konfidansyèl avèk reprezantan jiridik ou a, yon fason pou ou ka wè yo epi tande yo.  Sèl reprezantan jiridik ou a ka fè demann pou vizit sa yo, lè li swiv entriksyon ki sou paj entènèt etablisman an.  Yo pral pèmèt vizit avèk reprezantan jiridik ou a sèlman, nan apèl videyo a, men pa vizit zanmi ak fanmi w yo.  Yo pa ka fè okenn anrejistreman videyo oswa odyo sou sa, oswa pandan apèl la.  Vyole règleman sa yo ka abouti ak eliminasyon abilite w pou w ta gen vizit pa videyo alavni.

### Portuguese
Esta instalação pode organizar visitas de vídeo gratuitas e confidenciais com seu representante legal, para que você possa vê-los e ouvi-los. As solicitações para essas visitas só podem ser feitas pelo seu representante legal seguindo as instruções na página da instalação. Somente visitas com seu representante legal serão permitidas na vídeo-chamada, e não visitas de amigos ou familiares. Nenhuma gravação de vídeo ou áudio pode ser feita durante a chamada. A violação dessas regras pode resultar no cancelamento de sua oportunidade de receber visitas de vídeo futuras.

### Hindi
यह  नाथस्आपके कानूनी प्रतिनिधि के साथ मुफ़्त और गोपनीय वीडियो विज़िट की व्यवस्था कर सकती है, ताकि आप उन्हें देख और सुन सकें। इन विज़िट के लिए अनुरोध केवल आपके कानूनी प्रतिनिधि द्वारा  नाथस् के वेबपेज पर दिए गए निर्देशों का पालन करके किया जा सकता है। वीडियो कॉल पर केवल आपके कानूनी प्रतिनिधि के साथ विज़िट की अनुमति होगी, मित्रों या परिवार से मिलने की नहीं. कॉल के दौरान या उसके दौरान कोई वीडियो या ऑडियो रिकॉर्डिंग नहीं की जा सकती है। इन नियमों का उल्लंघन करने पर भविष्य में वीडियो विज़िट करने की आपकी योग्यता रद्द हो सकती है।

### Russian
Данное учреждение может организовать бесплатные и конфиденциальные видео-визиты с Вашим юридическим представителем, чтобы Вы могли их видеть и слышать. Запросы на эти посещения могут быть сделаны только Вашим юридическим представителем, следуя инструкциям на веб-странице данного учреждения. Во время видеозвонка будут разрешены только совещания с Вашим юридическим представителем, но не с друзьями или семьей. Запрещается производить видео- или аудиозаписи во время разговора. Нарушение этих правил может привести к отказе в будущих видеоконференциях.

### Turkish
Bu tesis sizlere yasal temsilcinizi görmenizi ve duyabilmenizi sağlayan ücretsiz, kişiye özel ve gizli olacak şekilde görüntülü görüşmeler düzenleyebilmektedir. Bu görüşmeler için talepler yalnızca yasal temsilciniz tarafından tesisin internet sitesindeki yönergeler izlenerek yapılabilecektir. Görüntülü çağrı yoluyla yalnızca yasal temsilciniz ile görüşmenize müsaade edilmektedir; arkadaşlarınız veya ailenizle görüşemezsiniz. Görüşme esasında veya sonrasında görüntü veya ses kaydı almak yasaktır. Bu kuralların ihlal edilmesi halinde bir sonraki görüntülü görüşme haklarınız iptal edilebilir.





**U.S. Immigration and Customs Enforcement**

2022

ERO | CPD

# Virtual Attorney Visitation VAV



This facility can arrange free and confidential video visits with your legal representative, so that you can see and hear them. Requests for these visits can only be made by your legal representative by following instructions on the facility webpage. Only visits with your legal representative will be allowed on the video call, not visits from friends or family. No video or audio recordings may be made of, or during the call. Violating these rules may result in cancellation of your ability to have future video visits.

### Spanish
Este centro puede organizar visitas de vídeo gratuitas y confidenciales con su representante legal, para que pueda verlas y escucharlas. La solicitud de estas visitas sólo puede hacerla su representante legal siguiendo las instrucciones de la página web del centro. En la videollamada sólo se permitirán las visitas con su representante legal, no las visitas de amigos o familiares. No se podrán realizar grabaciones de vídeo o audio de la llamada o durante la misma. El incumplimiento de estas normas puede dar lugar a la cancelación de poder realizar futuras visitas por vídeo.

### Haitian Creole
Establisman sa a ka òganize vizit pa videyo ki gratis epi ki konfidansyèl avèk reprezantan jiridik ou a, yon fason pou ou ka wè yo epi tande yo. Sèl reprezantan jiridik ou a ka fè demann pou vizit sa yo, lè li swiv entriksyon ki sou paj entènèt etablisman an. Yo pral pèmèt vizit avèk reprezantan jiridik ou a sèlman, nan apèl videyo a, men pa vizit zanmi ak fanmi w yo. Yo pa ka fè okenn anrejistreman videyo oswa odyo sou sa, oswa pandan apèl la. Vyole règleman sa yo ka abouti ak eliminasyon abilite w pou w ta gen vizit pa videyo alavni.

### Portuguese
Esta instalação pode organizar visitas de vídeo gratuitas e confidenciais com seu representante legal, para que você possa vê-los e ouvi-los. As solicitações para essas visitas só podem ser feitas pelo seu representante legal seguindo as instruções na página da instalação. Somente visitas com seu representante legal serão permitidas na vídeo-chamada, e não visitas de amigos ou familiares. Nenhuma gravação de vídeo ou áudio pode ser feita durante a chamada. A violação dessas regras pode resultar no cancelamento de sua oportunidade de receber visitas de vídeo futuras.

### Chinese (Simplified)
本设施可为您和您的法律代表安排免费和保密的视频探访，以便您可以耳闻目睹他们。此类探访请求，只能由您的法律代表按照设施网页上的说明提出。视频通话只允许与您的法律代表会面时使用，不能用于朋友或家人的探访。整个通话或在通话期间不得录制视频或音频，违反这些规则可能会导致取消未来视频探访的可行性。

### Uzbek
Ushbu muassasa qonuniy vakilingiz bilan uchrashib yuzma-yuz ko'rishib gaplashishingiz uchun bepul va maxfiy video uchrashuvlarni tashkil qilishi mumkin. Ushbu uchrashuvlar uchun talab faqat sizning qonuniy vakilingiz tomonidan muassasa veb-sahifasidagi ko'rsatmalarga rioya qilgan holda amalga oshirilishi mumkin. Video uchrashuvlarda do'stlaringiz yoki oila a'zolaringiz qatnashishi mumkin emas, faqat qonuniy vakilingiz bilan suhbatlashishingizga ruxsat beriladi. Uchrashuv paytida video yoki audio yozuvlar olib borilishi mumkin emas. Ushbu qoidalarni buzish kelajakda video uchrashuvlar qilish imkoniyatini bekor qilishga olib kelishi mumkin.




# All translation options for left column

## French
Dans cet établissement, on pourra arranger des visites vidéo gratuites et confidentielles avec vos représentants juridiques. Comme ça, vous pourrez les voir et les entendre. Seulement votre représentant juridique pourra faire la demande pour une telle visite en suivant les instructions suivantes sur le site web de l'établissement. On ne permettra que des visites avec votre représentant juridique, pas avec les amis ou la famille. Pendant l'appel, on ne permet ni des enrégistrements vidéo ni des enrégistrements audio. Le non- respect de ces règles pourra entrainer l'annulation des visites dans l'avenir.

## Punjabi
ਇਹ ਸਥਾਨ ਤੁਹਾਡੇ ਕਾਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਨਾਲ ਮੁਫਤ ਅਤੇ ਗੁਪਤ ਵੀਡੀਓ ਮੁਲਾਕਾਤਾਂ ਦਾ ਪ੍ਰਬੰਧ ਕਰ ਸਕਦੀ ਹੈ, ਤਾਂ ਜੋ ਤੁਸੀਂ ਉਹਨਾਂ ਨੂੰ ਦੇਖ ਅਤੇ ਸੁਣ ਸਕੋ। ਇਹਨਾਂ ਮੁਲਾਕਾਤਾਂ ਲਈ ਬੇਨਤੀਆਂ ਸਿਰਫ਼ ਤੁਹਾਡੇ ਕਾਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਦੁਆਰਾ ਸਥਾਨ ਦੇ ਵੈਬਪੇਜ 'ਤੇ ਦਿੱਤੀਆਂ ਹਿਦਾਇਤਾਂ ਦੀ ਪਾਲਣਾ ਕਰਕੇ ਕੀਤੀਆਂ ਜਾ ਸਕਦੀਆਂ ਹਨ। ਵੀਡੀਓ ਕਾਲ 'ਤੇ ਸਿਰਫ਼ ਤੁਹਾਡੇ ਕਾਨੂੰਨੀ ਪ੍ਰਤੀਨਿਧੀ ਨਾਲ ਮੁਲਾਕਾਤਾਂ ਦੀ ਇਜਾਜ਼ਤ ਹੋਵੇਗੀ, ਦੋਸਤਾਂ ਜਾਂ ਪਰਿਵਾਰ ਤੋਂ ਮੁਲਾਕਾਤਾਂ ਦੀ ਨਹੀਂ। ਕਾਲ ਦੇ ਦੌਰਾਨ ਜਾਂ ਕੋਈ ਵੀਡੀਓ ਜਾਂ ਆਡੀਓ ਰਿਕਾਰਡਿੰਗ ਨਹੀਂ ਕੀਤੀ ਜਾ ਸਕਦੀ ਹੈ। ਇਹਨਾਂ ਨਿਯਮਾਂ ਦੀ ਉਲੰਘਣਾ ਕਰਨ ਦੇ ਨਤੀਜੇ ਵਜੋਂ ਭਵਿੱਖ ਵਿੱਚ ਵੀਡੀਓ ਮੁਲਾਕਾਤਾਂ ਕਰਨ ਦੀ ਤੁਹਾਡੀ ਯੋਗਤਾ ਨੂੰ ਰੱਦ ਕੀਤਾ ਜਾ ਸਕਦਾ ਹੈ।

## Hindi
यह  नाथस आपके कानूनी प्रतिनिधि के साथ मुफ़्त और गोपनीय वीडियो विज़िट की व्यवस्था कर सकती है, ताकि आप उन्हें देख और सुन सकें। इन विज़िट के लिए अनुरोध केवल आपके कानूनी प्रतिनिधि द्वारा  नाथस के वेबपेज पर दिए गए निर्देशों का पालन करके किया जा सकता है। वीडियो कॉल पर केवल आपके कानूनी प्रतिनिधि के साथ विज़िट की अनुमति होगी, मित्रों या परिवार से मिलने की नहीं. कॉल के दौरान या उसके दौरान कोई वीडियो या ऑडियो रिकॉर्डिंग नहीं की जा सकती है। इन नियमों का उल्लंघन करने पर भविष्य में वीडियो विज़िट करने की आपकी योग्यता रद्द हो सकती है।

## Chinese (Simplified)
本设施可为您和您的法律代表安排免费和保密的视频探访，以便您可以耳闻目睹他们。此类探访请求，只能由您的法律代表按照设施网页上的说明提出。视频通话只允许与您的法律代表会面时使用，不能用于朋友或家人的探访。整个通话或在通话期间不得录制视频或音频，违反这些规则可能会导致取消未来视频探访的可行性。

## Russian
Данное учреждение может организовать бесплатные и конфиденциальные видео-визиты с Вашим юридическим представителем, чтобы Вы могли их видеть и слышать. Запросы на эти посещения могут быть сделаны только Вашим юридическим представителем, следуя инструкциям на веб-странице данного учреждения. Во время видеозвонка будут разрешены только совещания с Вашим юридическим представителем, но не с друзьями или семьей. Запрещается производить видео- или аудиозаписи во время разговора. Нарушение этих правил может привести к отказе в будущих видеоконференциях.

## Uzbek
**Ushbu muassasa qonuniy vakilingiz bilan uchrashib yuzma-yuz ko'rishib gaplashishingiz uchun bepul va maxfiy video uchrashuvlarni tashkil qilishi mumkin. Ushbu uchrashuvlar uchun talab faqat sizning qonuniy vakilingiz tomonidan muassasa veb-sahifasidagi ko'rsatmalarga rioya qilgan holda amalga oshirilishi mumkin. Video uchrashuvlarda do'stlaringiz yoki oila a'zolaringiz qatnashishi mumkin emas, faqat qonuniy vakilingiz bilan suhbatlashishingizga ruxsat beriladi. Uchrashuv paytida video yoki audio yozuvlar olib borilishi mumkin emas. Ushbu qoidalarni buzish kelajakda video uchrashuvlar qilish imkoniyatini bekor qilishga olib kelishi mumkin.**

## Turkish
Bu tesis sizlere yasal temsilcinizi görmenizi ve duyabilmenizi sağlayan ücretsiz, kişiye özel ve gizli olacak şekilde görüntülü görüşmeler düzenleyebilmektedir. Bu görüşmeler için talepler yalnızca yasal temsilciniz tarafından tesisin internet sitesindeki yönergeler izlenerek yapılabilecektir. Görüntülü çağrı yoluyla yalnızca yasal temsilciniz ile görüşmenize müsaade edilmektedir; arkadaşlarınız veya ailenizle görüşemezsiniz. Görüşme esasında veya sonrasında görüntü veya ses kaydı almak yasaktır. Bu kuralların ihlal edilmesi halinde bir sonraki görüntülü görüşme haklarınız iptal edilebilir.

## Arabic
يمكن لهذا المرفق ترتيب زيارات فيديو مجانية وسرية مع ممثلك القانوني ، حتى تتمكن من رؤيته والاستماع إليه. لا يمكن تقديم طلبات هذه الزيارات إلا عن طريق ممثلك القانوني باتباع الإرشادات الموجودة على صفحة الموقع الالكتروني الخاص بالمنشأة. لن يُسمح إلا بالزيارات مع ممثلك القانوني في مكالمة الفيديو ، وليس بزيارات الأصدقاء أو العائلة. لا يجوز إجراء أي تسجيلات فيديو أو صوتية للمكالمة أو أثناءها. قد يؤدي انتهاك هذه القواعد إلى إلغاء قدرتك على إجراء زيارات فيديو في المستقبل.

# Exhibit 2

**U.S. Immigration and Customs Enforcement**

2022

ERO | CPD

# Virtual Attorney Visitation VAV at Central Arizona Florence Correctional Center

## Overview

U.S. Immigrations and Customs Enforcement (ICE) detention standards require that noncitizens in ICE facilities be allowed confidential contact with legal representatives. In an effort to facilitate improved access to legal representatives, ICE has implemented VAV in various detention facilities nationwide. VAV, which facilitates confidential attorney-client conversations through virtual technology (Zoom), does not substitute for in-person meetings with clients, but it does provide a timely and efficient communication alternative.

## Procedures for virtual legal visits at Central Arizona:

- As with in-person legal visitation:
  - The legal representative will be required to show appropriate identification, such as a bar card from any state or other available documentation demonstrating bar membership, prior to the scheduled meeting.
  - Only legal representatives, legal assistants, and interpreters will be allowed; no family or friends of the clients are permitted.
  - The legal representative may contact outside interpretation services during the call or session.
- A visitation officer will be stationed outside of the confidential room to maintain and ensure the safety and security for all detained non-citizens utilizing VAV.
- Video-visitation may be used for other confidential interviews (by USCIS or forensic medical evaluators) or other special visitation purposes (child welfare), contingent upon availability.

> ⚠ Please be advised that legal representatives and their staff are not permitted to video or audio record during any virtual or in-person visit or any call with non-citizens at the facility. Any violation of these rules may result in suspension or a permanent revocation of VAV user privileges.

**For information on VAV available hours and scheduling, please see:**
https://www.ice.gov/detain/detention-facilities/florence-correctional-center

**For additional questions about VAV or to schedule a video visit at Central Arizona Florence Correctional Center please contact :**

   520-868-9095

   cafccvisitation@corecivic.com

# Exhibit 3



# Exhibit 4

