# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:22-cv-03118 (CKK) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| *Defendants*. | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants, by and through their undersigned counsel, hereby move the Court to dismiss Plaintiff's Second Amended Complaint, ECF No. 118. Defendants' motion is based on the accompanying Memorandum of Points and Authorities in Support of the Motion.

A proposed Order consistent with this Motion is attached.

Dated: September 13, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

LAUREN E. FASCETT
Senior Litigation Counsel

/s/ *Jordan K. Hummel*
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8175
Email: jordan.hummel@usdoj.gov

*Counsel for Defendants*