IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:22-cv-03118 (CKK) |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Dismiss. Upon consideration of the motion, the opposition, and reply, the arguments of counsel, and the entire record herein, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. It is further **ORDERED** that Plaintiff's Second Amended Complaint (ECF No. 118) is **DISMISSED**.


Dated this ___ day of _____, 2023

_____
The Honorable Colleen Kollar-Kotelly
United States District Court Judge