IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT**, <br><br> *Plaintiff*, <br><br> v. <br><br> **U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al*., <br><br> *Defendants*. | No. 1:22-cv-03118 (CKK) |

**MOTION OF THE IMMIGRATION REFORM LAW INSTITUTE
FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE*
IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 7 and LCvR 7(o), the Immigration Reform Law Institute ("IRLI") respectfully requests this Court's leave to file the accompanying memorandum of law as *amicus curiae* in support of Defendants' Motion to Dismiss. IRLI's counsel has contacted with counsel for the parties and reports that none have responded to IRLI's request for consent at this time.

IRLI is a nonprofit 501(c)(3) public interest law firm dedicated both to litigating immigration-related cases in the interests of United States citizens and to assisting courts in understanding federal immigration law. IRLI has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years the Board of Immigration Appeals has solicited supplementary briefing, drafted by IRLI staff, from the Federation for American Immigration Reform, of which IRLI is a supporting organization.

"'The extent, if any, to which an *amicus curiae* should be permitted to participate in a pending action is solely within the broad discretion of the district court.'" *Sierra Club v. Fed.*

*Emergency Mgmt. Agency*, 2007 U.S. Dist. LEXIS 84230, at *2 (S.D. Tex. Nov. 14, 2007) (quoting

*Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)). Local Rule LCvR

7(o)(2) requires a motion for leave to file an *amicus* brief to set forth the reasons why an *amicus*

brief is desirable, why the movant's position is not adequately represented by a party, and why the

matters asserted are relevant to the disposition of the case. IRLI submits that its proffered

memorandum of law is both desirable and not duplicative of Defendants' position because the

memorandum provides grounds, in addition to those provided by Defendants, for concluding that

Plaintiffs' claims should be dismissed:

- Showing that detention is an essential aspect of Congress's objectives with respect to immigration law and that the safe and effective management of detention centers is part of this objective.

- Showing that Plaintiff has failed to state a claim for a substantive due process violation because the rules and policies applicable to attorney visits and communications are rationally realted to the government's legitimate objectives regarding immigration detention.

These issues are all relevant to this Court's decision on Defendants' motion to dismiss;

accordingly, the attached memorandum may aid the Court.

/ /

/ /

/ /

/ /

/ /

2

For the foregoing reasons, IRLI respectfully requests that the Court grant its motion for

leave to file the accompanying memorandum of law as *amicus curiae*.

Dated: September 27, 2023                    Respectfully submitted,

                                              /s/ Gina D'Andrea
                                             Gina M. D'Andrea (D.C. Bar. No. 1673459)
                                             Christopher J. Hajec (D.C. Bar No. 492551)
                                             Immigration Reform Law Institute
                                             25 Massachusetts Ave., NW, Suite 335
                                             Washington, DC 20001
                                             (202) 232-5590
                                             chajec@irli.org
                                             gdandrea@irli.org

                                             *Counsel for Movant*
                                             *Immigration Reform Law Institute*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2023, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

/s/ Gina D'Andrea