IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT**,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,<br><br>*Defendants*. | No. 1:22-cv-03118 (CKK) |

## [PROPOSED] ORDER

Upon consideration of the Immigration Reform Law Institute's ("IRLI") Motion for Leave to file an *amicus curiae* brief, it is hereby ORDERED that IRLI's motion is GRANTED.

SO ORDERED.

                                                                                                                                                           United States District Judge