UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, | ) ) ) ) | |
| Plaintiff, | ) ) | Civ. A. No. 1:22-cv-03118 (CKK) |
| v. | ) ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, the United States Department of Homeland Security, Alejandro N. Mayorkas, in his official capacity as the Secretary of the Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), and Patrick Lechleitner, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of time of four (4) days, up to and including October 12, 2023, to file their reply in support of their motion to dismiss Plaintiff's second amended complaint.

This is Defendants' first request for an extension of this deadline. As described in more detail below, there is good cause for this request. In support of this motion, Defendants state as follows:

1. On September 13, 2023, Defendants filed their motion to dismiss Plaintiff's second amended complaint. ECF No. 121.

2.      On September 14, 2023, the Court ordered Plaintiff to file any opposition on or before September 28, 2023, and Defendants to file any reply on or before October 5, 2023. Minute Order Dated September 14, 2023.

3.      On September 28, 2023, Plaintiff filed its opposition to Defendants' motion to dismiss. ECF No. 124.

4.      This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. Defendants need additional time to review Plaintiff's opposition, draft the reply, and discuss the reply with the affected federal agencies in this case.

5.      In accordance with Local Civil Rule 7(m), on October 5, 2023, the undersigned counsel conferred with Plaintiff's counsel via electronic mail about the requested extension and Plaintiff does not oppose the relief sought in this motion on the condition that Defendants consent to Plaintiff filing a sur-reply to the delayed reply brief. Defendants consent to that condition.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their reply in support of their motion to dismiss Plaintiff's second amended complaint by four (4) days, up to and including October 12, 2023.

A proposed order is attached.

Dated: October 5, 2023                          Respectfully Submitted,

BRIAN M. BOYNTON                                */s/ Jordan K. Hummel*
Principal Deputy Assistant Attorney General     JORDAN K. HUMMEL
Civil Division                                  Trial Attorney
                                                Department of Justice, Civil Division
WILLIAM C. PEACHEY                              Office of Immigration Litigation
Director, District Court Section                District Court Section
Office of Immigration Litigation                P.O. Box 868, Ben Franklin Station
                                                Washington, D.C. 20044
LAUREN E. FASCETT                               Telephone: (202) 598-8175
Senior Litigation Counsel                       Email: jordan.hummel@usdoj.gov

                                                *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, )<br><br>Defendants. ) | Civ. A. No. 1:22-cv-03118 (CKK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**. It is further **ORDERED** that Defendants

shall file their reply in support of their motion to dismiss Plaintiff's second amended complaint on

or before October 12, 2023.

SO ORDERED.

_____
United States District Judge
Hon. Colleen Kollar-Kotelly