UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. A. No. 1:22-cv-03118 (CKK) |

**DEFENDANTS' AMENDED AND UNOPPOSED MOTION
FOR EXTENSION OF TIME AND FOR LEAVE TO FILE ON LESS THAN FOUR
DAYS' NOTICE DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendants, the United States Department of Homeland Security, Alejandro N. Mayorkas, in his official capacity as the Secretary of the Department of Homeland Security, U.S. Immigration and Customs Enforcement ("ICE"), and Patrick Lechleitner, in his official capacity as Acting Director of the U.S. Immigration and Customs Enforcement, by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of time of four (4) days, up to and including October 12, 2023, to file their reply in support of their motion to dismiss Plaintiff's second amended complaint.

This is Defendants' first request for an extension of this deadline. As described in more detail below, there is good cause for this request. In support of this motion, Defendants state as follows:

1.  On September 13, 2023, Defendants filed their motion to dismiss Plaintiff's second amended complaint. ECF No. 121.

2. On September 14, 2023, the Court ordered Plaintiff to file any opposition on or before September 28, 2023, and Defendants to file any reply on or before October 5, 2023. Minute Order Dated September 14, 2023.

3. On September 28, 2023, Plaintiff filed its opposition to Defendants' motion to dismiss. ECF No. 124.

4. In accordance with Local Civil Rule 7(m), on October 5, 2023, the undersigned counsel conferred with Plaintiff's counsel via electronic mail about the requested extension and Plaintiff does not oppose the relief sought in this motion on the condition that Defendants consent to Plaintiff filing a sur-reply to the delayed reply brief. Defendants consent to that condition.

5. This motion is being filed in good faith and not for purposes of gaining any unfair advantage through delay. Defendants need additional time to review Plaintiff's opposition, complete the reply draft, and discuss and input review from the affected federal agencies and senior leadership in this case.

6. Defendants acknowledge the Court's procedure that motions for extensions of time must be filed at least four (4) business days prior to the first affected deadline. ECF No. 10, Rule (7)(A). Defendants could not comply with this procedure in this instance as unforeseen circumstances arose requiring the need for additional time for senior leadership to review the reply. Accordingly, Defendants respectfully request leave to file the instant motion to extend the time to file the reply on less than four days' notice.

WHEREFORE, Defendants respectfully request that the Court extend the time for Defendants to file their reply in support of their motion to dismiss Plaintiff's second amended complaint by four (4) days, up to and including October 12, 2023.

A proposed order is attached.

Dated: October 5, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

LAUREN E. FASCETT
Senior Litigation Counsel

Respectfully Submitted,

/s/ Jordan K. Hummel
JORDAN K. HUMMEL
Trial Attorney
Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8175
Email: jordan.hummel@usdoj.gov

*Counsel for Defendants*