UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Civ. A. No. 1:22-cv-03118 (CKK) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Amended Unopposed Motion for Extension of Time and for Leave to File on Less than Four Days' Notice, it is hereby **ORDERED** that Defendants' motion is **GRANTED**. It is further **ORDERED** that Defendants shall file their reply in support of their motion to dismiss Plaintiff's second amended complaint on or before October 12, 2023. SO ORDERED.

_____
United States District Judge
Hon. Colleen Kollar-Kotelly