UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | No. 22-cv-3118 (CKK) |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk and counsel will please note that the undersigned counsel for Plaintiffs is now at the new address shown below. The telephone number and email address are unchanged.

December 14, 2023

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
 of the District of Columbia
529 14th Street, NW, Suite 722
Washington, DC 20045
Tel: (202) 601-4266
aspitzer@acludc.org