**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>     *Plaintiff*,<br>    v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>     *Defendants*. | No. 1:22-cv-03118 (CKK) |

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**

Please take notice that, effective immediately, Kyle Virgien, counsel of record for

Plaintiff, has a new address:

> Kyle Virgien
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> NATIONAL PRISON PROJECT
> 425 California Street, Suite 700
> San Francisco, CA 94104

Respectfully submitted this 1st day of February, 2024.

/s/ Kyle Virgien
Kyle Virgien (CA Bar No. 278747)*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
(202) 393-4930
kvirgien@aclu.org

*Counsel for Plaintiff*
*Admitted *pro hac vice*