## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*,<br><br>   *Plaintiffs*,<br><br> v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:22-cv-03118 (CKK) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Huy M. Le (M.A. Bar No. 697256) hereby withdraws as counsel of record for Defendants on the grounds that his term of employment with the Office of Immigration Litigation has ended. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated: September 11, 2024

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

LAUREN E. FASCETT
Senior Litigation Counsel

WILLIAM H. WEILAND
Senior Litigation Counsel

JORDAN K. HUMMEL
Trial Attorney

*/s/ Huy M. Le*
Trial Attorney (M.A. Bar No. 697256)
Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-4028
E-mail: Huy.M.Le2@usdoj.gov

*Counsel for Defendants*