# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:22-cv-03118 (CKK) <br><br> **Notice of Withdrawal of Appearance** |

Pursuant to D.D.C. LCvR 83.6, Defendants hereby notify the Court that Defendants withdraw the appearance of Jordan K. Hummel as counsel for Defendants. Good cause supports this withdrawal, as Ms. Hummel has transferred divisions internally within the U.S. Department of Justice and is no longer handling this case. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

DATED: May 28, 2025          Respectfully Submitted,

YAAKOV ROTH
Acting Assistant Attorney General

LAUREN E. FASCETT
Senior Litigation Counsel

<u>/s/ *Jordan K. Hummel*</u>
Senior Litigation Counsel
Department of Justice, Civil Division
Office of Immigration Litigation,
General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 598-8175
Email: jordan.hummel@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 28, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  */s/ Jordan K. Hummel*
                                                  JORDAN K. HUMMEL
                                                  Senior Litigation Counsel