UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civ. A. No. 1:22-cv-03118 (CKK)

**Notice of Withdrawal of Appearance**

Pursuant to D.D.C. LCvR 83.6, Defendants hereby notify the Court that Defendants withdraw the appearance of Sarah L. Vuong as counsel for Defendants. Good cause supports this withdrawal, as Ms. Vuong has left her position with the U.S. Department of Justice and can no longer represent the Government in this matter. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter

Dated: August 22, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

LAUREN E. FASCETT
Senior Litigation Counsel

/s/ *Sarah L. Vuong*
Assistant Director
Department of Justice, Civil Division
Office of Immigration Litigation,
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-1263
Email: sarah.l.vuong@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Sarah L. Vuong*
SARAH L. VUONG
Assistant Director