AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-03118-CKK |
| U.S. DEPT. OF HOMELAND SECURITY, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANTS.

Date: 11/13/2025

/s/Victoria E. Turcios
*Attorney's signature*

Victoria E. Turcios (Maryland Bar 1912180181)
*Printed name and bar number*

U.S. Department of Justice, Civil Division
Office of Immigration Litigation-GLAS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
*Address*

Victoria.E.Turcios2@usdoj.gov
*E-mail address*

(202) 451-7661
*Telephone number*

(202) 305-7000
*FAX number*