# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:22-cv-03118 (CKK) <br><br> **Notice of Withdrawal of Appearance** |

Pursuant to D.D.C. LCvR 83.6, Defendants hereby notify the Court that Defendants withdraw the appearance of Lauren E. Fascett as counsel for Defendants. Good cause supports this withdrawal, as Ms. Fascett is resigning from the U.S. Department of Justice and is no longer handling this case. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

DATED: November 13, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

ELIANIS PEREZ
Assistant Director

*/s/ Lauren E. Fascett*
LAUREN E. FASCETT
Senior Litigation Counsel

1

                                                Department of Justice, Civil Division
                                                Office of Immigration Litigation
                                                P.O. Box 868, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Telephone: (202) 616-3466
                                                Email: Lauren.Fascett@usdoj.gov

                                                *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the Court's CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Lauren E. Fascett*
LAUREN E. FASCETT
Senior Litigation Counsel
