UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR IMMIGRANT JUSTICE, *et al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　*Defendants*. | Civil Action No. 1:22-cv-03118 - CKK |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to LCvR 83.6, undersigned counsel William H. Weiland respectfully provides notice of the withdrawal of his appearance as counsel for Defendants in this case. Good cause supports this withdrawal, as counsel is transferring to a position outside the Civil Division of the U.S. Department of Justice. Other counsel from the U.S. Department of Justice continue to represent Defendants in this matter.

DATED: November 24, 2025　　　　Respectfully Submitted,

BRETT A. SHUMATE　　　　　　　/s/ *William H. Weiland*
Assistant Attorney General　　　　 Acting Assistant Director
　　　　　　　　　　　　　　　　Office of Immigration Litigation
DREW C. ENSIGN　　　　　　　　Civil Division
Deputy Assistant Attorney General　U.S. Department of Justice
　　　　　　　　　　　　　　　　P.O. Box 868, Ben Franklin Station
GLENN M. GIRDHARRY　　　　　Washington, DC  20044
Deputy Director　　　　　　　　　(202) 598-5622
　　　　　　　　　　　　　　　　william.h.weiland@usdoj.gov

1