IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>                    Plaintiff,<br><br>         v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                    Defendants. | No. 1:22-cv-3118 (CKK) |

**JOINT STATUS REPORT**

Plaintiff Florence Immigrant and Refugee Rights Project ("FIRRP") and Defendants hereby provide this Joint Status Report in response to the Court's Minute Order, dated October 6, 2025. The parties have met and conferred and state as follows:

1. Defendants' deadline to answer the Second Amended Complaint (the "SAC") is December 12, 2025. Defendants intend to request that the Court extend their deadline to answer the SAC to January 12, 2026. Plaintiff consents to that forthcoming request.

2. The parties agree to hold a conference pursuant to Federal Rule of Civil Procedure 26(f) by February 27, 2026.

**Plaintiff's Statement:**

3. Since Defendants filed their Certificate of Compliance with the Court's Preliminary Injunction Order on August 30, 2023, *see* ECF No. 120, the following changes have occurred at the Central Arizona Florence Correctional Complex in Florence, Arizona ("Florence"): (1) Defendants previously provided detainees with telephone calls at no cost for up to 30 minutes per week, but no longer do so, *see* Decl. Jason Ciliberti ¶ 3, ECF 120-1; (2) Defendants previously

stated that the U.S. Immigration and Customs Enforcement ("ICE") houses no more than 400 immigrant detainees at the facility per day, but recent reports indicate that ICE holds well over 400 immigrant detainees at CAFCC. Ciliberti Decl. ¶ 6. As of November 20, 2025, the facility has held, on average, over 578 people per day. *See* ICE, ICE Facilities Data, FY 26, Nov. 20, 2025, https://www.ice.gov/detain/detention-management.

4. Since August 30, 2023, lack of access to counsel issues described in the SAC persist at Florence. Such issues include, but are not limited to: (1) FIRRP's inability to communicate with detained clients in solitary confinement, including detained clients with disabilities; (2) FIRRP's inability to schedule or difficulties in timely scheduling video calls with detained clients; (3) detainees' inability to or difficulties in sending and receiving legal mail at Florence, leading to missed court deadlines; (4) a requirement that FIRRP attorneys provide A-numbers to schedule legal visits with detainees, which is in contravention of National Detention Standards § 5.5(G)(5); and (5) FIRRP's inability to hold or difficulties in holding private in-person meetings with detained clients, including because there are only two interpreter phones at Florence.

**Defendants' Statement:**

5. U.S. Immigration and Customs Enforcement ("ICE") reports to undersigned Defendants' counsel that the virtual visitation booths remain operational at the Florence Correctional Center.

6. ICE reports that since July 2024, they no longer provide free phone minutes to detainees, but ICE indicates that this did not impact access to the *pro bono* telephone network or the requirement to provide free legal phone calls.

7. ICE also reports that, other than some periodic vandalism of the virtual visitation booths by detainees, and scheduling or technical difficulties relating to the use of the virtual

visitation booths, they are not aware of any major changes since Defendants filed their Certificate of Compliance (ECF No. 120).

Respectfully submitted this 5th day of December, 2025.

<div style="display: flex;">
<div>

/s/ Eunice H. Cho
Eunice H. Cho (DC Bar No. 1708073)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth St. N.W., 7th Floor
Washington, DC 20005
(202) 548-6616
echo@aclu.org

Kyle Virgien (CA Bar No. 278747)*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
NATIONAL PRISON PROJECT
39 Drumm St.
San Francisco, CA 94111
(202) 393-4930
kvirgien@aclu.org

Arthur B. Spitzer (DC Bar No. 235960)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
915 Fifteenth St. NW, 2nd Floor
Washington, DC 20005
(202) 601-4266
aspitzer@acludc.org

Emma Winger (DC Bar No. 90010721)
Suchita Mathur (DC Bar No. 90013156)
AMERICAN IMMIGRATION COUNCIL
1331 G St. N.W., Suite 200
Washington, DC 20005
(202) 507-7552
ewinger@immcouncil.org
smathur@immcouncil.org

</div>
<div>

/s/ Linda Dakin-Grimm
Linda Dakin-Grimm (DC Bar No. 501954; DDC Bar No. CA00176)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
(424) 386-4404
ldakin-grimm@milbank.com

Stacey J. Rappaport (NY Bar No. 2820520)*
Andrew Lichtenberg (NY Bar No. 4881090)*
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5347
srappaport@milbank.com
alichtenberg@milbank.com

Danielle S. Lee Sauer (DC Bar No. 1659736)
MILBANK LLP
1101 New York Avenue NW
Washington, DC 20006
(202) 835-7532
dlee@milbank.com

*Counsel for Plaintiff*
*Admitted *pro hac vice*

</div>
</div>

3

 /s/ Laurie Wiesner
Laurie Wiesner (DC Bar No. 1015739)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-598-0885
Email: laurie.wiesner@usdoj.gov

Victoria Turcios (MD Bar No. 1912180181)
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: 202-451-7661
Email: victoria.e.turcios2@usdoj.gov

*Counsel for Defendants*