IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　　　Defendants. | No. 1:22-cv-3118 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Consent Motion to Extend Defendants' Deadline to File an Answer to the Complaint, it is hereby:

ORDERED that the motion be GRANTED and Defendants' answer deadline is extended up to and until January 13, 2025.

**IT IS SO ORDERED:**

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge