IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　　　　Defendants. | No. 1:22-cv-3118 (CKK) |

**DEFENDANTS' NOTICE OF ERRATA TO DEFENDANTS' CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE AN ANSWER TO THE COMPLAINT**

**NOTICE OF ERRATA**

　　Defendants respectfully submit this errata to their Consent Motion to Extend Defendants' Deadline to File an Answer to the Complaint (ECF No. 139), which was filed on December 8, 2025, to correct inadvertent typographical errors. In the as-filed document, Defendants requested that the Court extend their answer deadline until January 13, 2025. The motion also indicated that Plaintiff had consented to an extension until January 13, 2025. Finally, the proposed order also indicates the Court should grant an extension of Defendants' answer deadline until January 13, 2025. The January 13, 2025 proposed extension dates are in error. The correct, consented to, and proposed Defendants' answer deadline is **January 12, 2026**. Defendants are filing a corrected Consent Motion to Extend Defendants' Deadline to File an Answer to the Complaint that corrects typographic errors in the proposed extended deadline. There are no other changes to the motion.

1

| | |
|---|---|
| DATED: December 8, 2025 | Respectfully Submitted, |
| DREW C. ENSIGN<br>*Deputy Assistant Attorney General*<br>Civil Division | */s/ Victoria Turcios*<br>VICTORIA TURCIOS<br>(MD Bar #1912180181)<br>*Trial Attorney* |
| ELIANIS PEREZ<br>*Assistant Director* | United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation |
| LAURIE WIESNER<br>*Trial Attorney* | P.O. Box 868, Benjamin Franklin Station<br>Washington, D.C. 20044<br>202-451-7661<br>Victoria.E.Turcios2@usdoj.gov |