IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | No. 1:22-cv-3118 (CKK) |

**CONSENT MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE AN ANSWER TO THE COMPLAINT**

Defendants, by and through their counsel of record, respectfully submit this consent motion to extend their time to file an answer to the Complaint by thirty (30) days. This request is not made for the purpose of undue delay, and good cause exists for it as follows.

1. On October 6, 2025, the Court denied Defendants' Motion to Dismiss. ECF No. 133.

2. Under Federal Rules of Civil Procedure 12(a)(4)(A), Defendants' deadline to file a responsive pleading was October 20, 2025.

3. However, in light of Standing Order 25-59 (JEB), Defendants' answer deadline was extended until December 12, 2025.

4. Defendants request that the Court extend the current answer deadline by 30 days until January 12, 2026.

5. All prior counsel representing Defendants in this matter have departed from the Department of Justice's Office of Immigration Litigation and this case was recently reassigned to undersigned counsel on November 12, 2025.

1

6. Additionally, undersigned counsel has pre-planned leave (amounting to three weeks) during the months of December and early January. Undersigned counsel's leave in conjunction with converging deadlines post-lapse in appropriations have resulted in, undersigned counsel requiring additional time to prepare Defendants' answer.

7. This is the first request for extension of Defendant's deadline to file an answer after the Court denied Defendants' Motion to Dismiss (ECF No. 133).

8. The request is made for good cause and not for purposes of improper delay, and an extension will not meaningfully delay resolution of this matter.

9. Granting this extension will have no effect on any other previously-set deadlines.

10. On December 2, 2025, Defendants conferred with Plaintiff pursuant to Local Civil Rule 7(m), and Plaintiff stated that they consent to this request. Defendants have attached a Proposed Order.

DATED: December 8, 2025

DREW C. ENSIGN
*Deputy Assistant Attorney General*
Civil Division

ELIANIS PEREZ
*Assistant Director*

LAURIE WIESNER
*Trial Attorney*

Respectfully Submitted,

*/s/ Victoria Turcios*
VICTORIA TURCIOS
(MD Bar #1912180181)
*Trial Attorney*
United States Department of Justice
Civil Division
Office of Immigration Litigation
P.O. Box 868, Benjamin Franklin Station
Washington, D.C. 20044
202-451-7661
Victoria.E.Turcios2@usdoj.gov