IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>      Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | No. 1:22-cv-03118 (CKK) |

## MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE AN ANSWER TO THE COMPLAINT

Defendants, by and through their counsel of record, respectfully submit this motion to extend their time to file an Answer to the Complaint by fourteen (14) days. This request is not made for the purpose of undue delay, and good cause exists for it as follows:

1. On October 6, 2025, the Court denied Defendants' Motion to Dismiss. ECF No. 133.

2. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' deadline to file a responsive pleading was October 20, 2025.

3. However, in light of Standing Order 25-59 (JEB), Defendants' answer deadline was extended until December 12, 2025.

4. On December 8, 2025, Defendants filed a consented motion for extension of time to file their answer (by 30 days). ECF Nos. 139 & 140.

5. The Court granted the motion and Defendants' answer is presently due on January 12, 2026. *See* Minute Order, *Florence Immigrant and Refugee Rights Project v. U.S.*

*Department of Homeland Security, et al.,* No. 1:22-cv-03118 (D.D.C. Dec. 8, 2025)(CKK).

6. Defendants request that the Court extend the current answer deadline by fourteen (14) days, up to and including January 26, 2026.

7. Defendants are in the process of finalizing their Answer to the Complaint. However, undersigned counsel is still awaiting certain information from her clients in order to sufficiently respond to the allegations in the Complaint.

8. This is the second request for extension of Defendants' deadline to file an answer after the Court denied Defendants' Motion to Dismiss (ECF No. 133).

9. The request is made for good cause and not for purposes of improper delay, and an extension will not meaningfully delay resolution of this matter.

10. Further, granting this extension will have no effect on any other previously set deadlines.

11. On January 7, 2026, Defendants' counsel conferred with counsel for the Plaintiff pursuant to Local Civil Rule 7(m), and on January 8, 2026, Plaintiff's counsel indicated the following: "Plaintiffs do not oppose the requested extension for the Defendants' answer to the complaint, on the condition that the February 27, 2026 deadline for the Rule 26(f) conference and the March 13, 2026 deadline for the Rule 16.3(d) report do not move."

12. Consequently, Defendants respectfully request a 14-day extension of their deadline to file their Answer to the Complaint, up to and including January 26, 2026.

DATED: January 9, 2026                                   Respectfully Submitted,

DREW C. ENSIGN                                           */s/ Laurie Wiesner*
*Deputy Assistant Attorney General*                      LAURIE WIESNER
Civil Division                                           (DC Bar# 1015739)
                                                         *Trial Attorney*
ELIANIS PEREZ                                            United States Department of Justice
*Assistant Director*                                     Civil Division
                                                         Office of Immigration Litigation
VICTORIA TURCIOS                                         P.O. Box 868, Benjamin Franklin Station
*Trial Attorney*                                         Washington, D.C. 20044
                                                         202-598-0885
                                                         laurie.wiesner@usdoj.gov