IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLORENCE IMMIGRANT AND REFUGEE RIGHTS PROJECT,<br><br>                     Plaintiff,<br><br>               v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>                     Defendants. | No. 1:22-cv-3118 (CKK)<br><br>Hon. Colleen Kollar-Kotelly |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Extend Defendants' Deadline to File an Answer to the Complaint, it is hereby:

ORDERED that the motion be GRANTED and Defendants' answer deadline is extended up to and until January 26, 2026.

**IT IS SO ORDERED:**

Dated: _____                    _____
                                                                                Hon. Colleen Kollar-Kotelly
                                                                                 United States District Judge