AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Florence Immigrant and Refugee Rights Project, | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of Homeland Security, et al., | ) |
| *Defendant* | ) |

Case No.    1:22-cv-3118 (CKK)

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Florence Immigrant and Refugee Rights Project                                                    .

Date:    2/26/2026

/s/ Carmen Iguina González
*Attorney's signature*

Carmen Iguina González, Bar No. 1644730
*Printed name and bar number*

American Civil Liberties Union
915 15th St. NW, 7th Floor
Washington, DC 20005

*Address*

ciguinagonzalez@aclu.org
*E-mail address*

(202) 675-2317
*Telephone number*

(202) 393-4931
*FAX number*